```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 31817
   LUIS ARVAYO
   SANDRA ARVAYO                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-9463    SSN XXX-XX-8451
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/26/04 and confirmed on 11/15/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 40957.95 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7257.64 | .00 | 7257.64 |
| GE CAPITAL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2909.32 | .00 | 2909.32 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8798.88 | .00 | 8798.88 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3878.21 | .00 | 3878.21 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9008.96 | .00 | 9008.96 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3084.84 | .00 | 3084.84 |
| CITIMORTGAGE | COST OF COLLE | 399.84 | .00 | 399.84 |
| FOX VALLEY LEGAL GROUP | REIMBURSEMENT | 75.00 | .00 | 75.00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 474.84 | 34937.85 | .00 | 35412.69 |
| PRINCIPAL PAID | .00 | 474.84 | 34937.85 | .00 | 35412.69 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 474.84 | 34937.85 | .00 | 35412.69 |

The Debtor's attorney, FOX VALLEY LEGAL GROUP      , was allowed $   3100.00 and was paid $    200.00 direct and $   2900.00 through the plan.

The Trustee received $   1906.08 .

Refunds to the Debtor totaled $    739.18 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/13/09                      /s/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE

                         PAGE   2
        CASE NO. 04 B 31817 LUIS ARVAYO & SANDRA ARVAYO